SEALED    FILED

1 | BENJAMIN W. WAGNER
United States Attorney
2 | IAN GARRIQUES
SUSAN PHAN
3 | Assistant U.S. Attorneys
4401 Federal Building
4 | 2500 Tulare Street
Fresno, California 93721
5 | Telephone: (559) 497-4000

FEB 1 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10 MJ 0003 9 SMS |
| Plaintiff, ) | |
| v. ) | APPLICATION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANTS |
| OSCAR DAVID VASQUEZ, ) | |
| Defendants. ) | |

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

DATED: February 18, 2010

Respectfully submitted,

BENJAMIN W. WAGNER
United States Attorney

By: /s/ Susan Phan
IAN GARRIQUES
SUSAN PHAN
Assistant U.S. Attorneys

1  BENJAMIN W. WAGNER
   United States Attorney
2  IAN GARRIQUES
   SUSAN PHAN
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      )
12                                )
                Plaintiff,        )
13                                )   APPLICATION AND ORDER TO
         v.                       )   SEAL COMPLAINT AND ARREST
14                                )   WARRANTS
   OSCAR DAVID VASQUEZ,           )
15                                )
                Defendants.       )
16                                )

17  _____

18

19

20

21

22
        IT IS SO ORDERED.
23

24
   DATED: February 18, 2010                    /s/ Sandra M. Snyder
25                                   SANDRA M. SNYDER
                                     United States Magistrate Judge
26

27

28

                                    2