BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
SUSAN PHAN
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
(559) 497-4000



FILED

FEB 23 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:10-MJ-00039 SMS |
| Plaintiff, | ) MOTION TO UNSEAL COMPLAINT AND ) AFFIDAVIT |
| v. | ) |
| OSCAR DAVID VASQUEZ, | ) |
| Defendant. | ) |

The United States of America hereby applies to this Court for an order unsealing the complaint and supporting affidavit in this case previously sealed by the Court on February 18, 2010.  Due to defendant's subsequent arrest, the complaint and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the complaint and supporting affidavit be unsealed and made public record.

DATED: February 23, 2010      BENJAMIN B. WAGNER
                              United States Attorney

                        By:   /s/Susan Phan
                              IAN L. GARRIQUES
                              SUSAN PHAN
                              Assistant U.S. Attorneys

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     ) CASE NO.   1:10-MJ-00039 SMS
                               )
               Plaintiff,  )
                               ) ORDER TO UNSEAL COMPLAINT AND
     v.                           ) AFFIDAVIT
                               )
OSCAR DAVID VASQUEZ,          )
                               )
              Defendant.  )
                               )
_____)

The complaint and supporting affidavit in this case having been sealed by order of this Court on February 18, 2010, and it appearing that such complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and supporting affidavit be unsealed and made public record.

DATED: **2/23/10**

_____
UNITED STATES MAGISTRATE JUDGE